1  MEREDITH & KEYHANI, PLLC
   DARIUSH KEYHANI
2  (*Pro Hac Vice Application Pending*)
   dkeyhani@meredithkeyhani.com
3  330 Madison Avenue, 6th Floor
   New York, NY 10017
4  Telephone: (212) 760-0098
   Facsimile: (212) 202-3819
5
   SHARTSIS FRIESE LLP
6  ROBERT E. SCHABERG (Bar #81430)
   rschaberg@sflaw.com
7  KAJSA M. MINOR (Bar #251222)
   kminor@sflaw.com
8  One Maritime Plaza, Eighteenth Floor
   San Francisco, CA 94111
9  Telephone: (415) 421-6500
   Facsimile: (415) 421-2922
10
   Attorneys for Plaintiff
11 PITBULL PRODUCTIONS, INC.

**FILED**

NOV 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

**HRL**

14

15 PITBULL PRODUCTIONS, INC., **CV**            No.  **5354**

16              Plaintiff,              **09**  **COMPLAINT**

17 v.                                    **JURY TRIAL DEMANDED**

18 GAMELINK LLC,

19              Defendant.

20

21

22      Plaintiff Pitbull Productions, Inc. ("Plaintiff" or "Pitbull"), through its attorneys of record

23 herein, alleges as follows:

24              **NATURE OF THE ACTION**

25      1.      Plaintiff brings this action to stop Defendant from unlawfully displaying, selling

26 and distributing original motion picture and/or video content produced by the Plaintiff

27 ("Plaintiff's Intellectual Property") on the Internet in violation of Plaintiff's copyrights,

28 trademarks and trade dress rights.  Defendant operates an Internet website dedicated to the

1  repeated and exploitative unauthorized sale and distribution of Plaintiff's Intellectual Property.

2  Defendant's conduct has caused and continues to cause Plaintiff irreparable harm.

3  **THE PARTIES**

4  2.  Plaintiff is a company organized and existing under the laws of Delaware with a

5  place of business at 200 East 116th Street, Suite 2N, New York, New York 10029.

6  3.  On information and belief, GameLink LLC ("GameLink" or "Defendant") is a

7  corporation organized and existing under the laws of Delaware with a place of business at 537

8  Stevenson Street, Suite 100 San Francisco, CA 94103.

9  4.  On information and belief, GameLink is wholly owned by Private Media Group,

10  Inc. a corporation organized and existing under the laws of Nevada with a place of business at

11  Marina 16-18, Floor 18, Suite D, E-08005 Barcelona, Spain.

12  **JURISDICTION AND VENUE**

13  5.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331, and 28

14  U.S.C. §1338, and 28 U.S.C. §1367 as the present case arises under the Lanham Act, 15 U.S.C §

15  1051 et seq., as amended, the Copyright Act, 17 U.S.C. § 106 and 17 U.S.C. § 501, false

16  designation of origin, trade dress infringement, and unfair competition as well as trademark

17  infringement and unfair competition arising under the common law of the State of California and

18  as is hereinafter more fully described.

19  6.  This Court has jurisdiction over Defendant because Defendant's principal place of

20  business is in this district.

21  7.  Venue is proper in this district under 28 U.S.C. 1391(c) because Defendant is

22  subject to personal jurisdiction within this district.

23  **FACTUAL BACKGROUND**

24  8.  Plaintiff is a company dedicated to adult entertainment film, movies and websites.

25  9.  Plaintiff, among other things, distributes Plaintiff's Intellectual Property through

26  its website at http://www.thugporn.com, http://www.netdixx.com, http://www.thugmart.com and

27  various distributors and licensees.

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

10. Plaintiff has applied for and registered various copyrights for Plaintiff's Intellectual Property. See attached Exhibit A for a list of registered copyrights and Exhibit B for a full list of titles for which some copyrights may be pending or issued during the current lawsuit.

11. Plaintiff has applied for various registered trademarks. See attached Exhibit C:

(a) U.S. Registration No. 3129121 for THUG PORN for "Production of video in the adult entertainment field" (the "Thug Porn Mark");

(b) U.S. Registration No. 2934966 for THUGPORN.COM for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website on the internet";

(c) U.S. Registration No. 3192256 for HOT & CREAMY for "Pre-recorded CD's, video tapes, laser disks and DVD's featuring adult entertainment using blatino models";

(d) U.S. Registration No. 2938064 for THUGPORN.COM SINCE 2003 for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website";

(e) U.S. Registration No. 2934966 for THUGPORN.COM for "Providing entertainment services in the nature of on-line adult entertainment by means of a world wide website on the internet";

(f) U.S. Registration No. 2975836 for TP THUGPORN.COM SINCE 2003 for "Videotapes featuring adult entertainment";

(g) U.S. Registration No. 3594285 for THUGMART for "Online retail stores services featuring video tapes and DVDS, all in the field of adult entertainment";

(h) U.S. Application Serial No. 77587612 for BLATINO for "Digital materials, namely, DVDs, downloadable audio and video recordings featuring adult entertainment; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring adult entertainment; DVDs featuring adult entertainment";

(i) U.S. Application Serial No. 77587578 for BLATINO for "Digital materials, namely, DVDs, downloadable audio and video recordings featuring adult entertainment; Digital media, namely, pre-recorded video cassettes, digital video discs, digital versatile discs, downloadable audio and video recordings, DVDs, and high definition digital disks featuring adult entertainment; DVDs featuring adult entertainment".

12. Plaintiff has common law trademark rights in the various word and design marks for each of the titles attached hereto as Exhibit B, as used in connection with pre-recorded CD's, video tapes, laser disks, Blue-Ray disks and DVD's featuring adult entertainment.

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -
COMPLAINT

1    13.    Plaintiff has common law trademark rights (in addition to copyrights) in the

2   various word and design marks for each of the titles attached hereto as Exhibits A and B, as used

3   in connection with pre-recorded CD's, video tapes, laser disks and DVD's featuring adult

4   entertainment.

5    14.    Plaintiff has gained nationwide recognition for Plaintiff's Intellectual Property

6   produced and sold under its trademarks as a result of its widespread distribution of adult DVDs

7   and marketing efforts.

8    15.    On or about October 27, 2009, a representative of Plaintiff became aware of

9   postings of images with links for the sale of Plaintiff's Intellectual Property produced on the

10  Defendant's website.    The content, including images, trademarks and video, remain on

11  Defendant's website for users to view and download.  See attached Exhibit D for a screen shot

12  from Defendant's website advertising the sale of Plaintiff's Intellectual Property.

13   16.    Defendant, among other things, is in the business of distributing Plaintiff's

14  Intellectual Property through its website at http://www.GameLink.com ("GameLink Website").

15   17.    Defendant, through the GameLink Website, allows users to purchase Plaintiff's

16  Intellectual Property, download electronic copies of adult DVDs for a fee or view the content

17  online in pay-per-view format.

18   18.    Commencing at a time unknown to Plaintiff, Defendant has sold and distributed

19  and continues to sell and distribute Plaintiff's Intellectual Property of at least thirty two (32) adult

20  DVDs produced by Plaintiff through the GameLink Website without Plaintiff's authorization.

21  See attached Exhibit D.

22   19.    Defendant offers Plaintiff's Intellectual Property of at least seven (7) DVDs

23  produced by Plaintiff.  See attached Exhibit D.

24   20.    Defendant offers Plaintiff's Intellectual Property of at least twenty five (25) DVDs

25  produced by Plaintiff for distribution and sale in electronic format.  See attached Exhibit D.

26   21.    Defendant has unlawfully copied Plaintiff's Intellectual Property of at least twenty

27  five (25) DVDs produced by Plaintiff and without Plaintiff's authorization converted into

28

- 4 -
COMPLAINT

1    electronic format and is distributing and selling the electronic copies without Plaintiff's
2    authorization.

3        22.    Defendant's unauthorized sale and distribution of Plaintiff's Intellectual Property
4    of at least thirty two (32) adult DVDs produced by Plaintiff, is a violation of Plaintiff's copyright.

5        23.    Commencing at a time unknown to Plaintiff, Defendant has displayed and
6    continues to display the covers of at least thirty two (32) DVDs produced by Plaintiff, on the
7    GameLink Website without Plaintiff's authorization. See attached exhibit D.

8        24.    Defendant's unauthorized display of covers of the at least thirty two (32) of
9    Plaintiff's DVDs is in violation Plaintiff's copyrights, trademark and trade dress rights.

10       25.    Commencing at a time unknown to Plaintiff, Defendant has displayed Plaintiff's
11   Intellectual Property of at least thirty two (32) of Plaintiff's DVDs on the GameLink Website
12   including the names of the DVDs without Plaintiff's authorization.

13       26.    Defendant's unauthorized use of Plaintiff's trademarks and trade dress is identical
14   to Plaintiff's trademarks. Plaintiff's trademarks and trade dress are prominently displayed on the
15   covers of Plaintiff's DVDs.

16       27.    Upon information and belief, Defendant is engaging in this course of action
17   willfully and with full knowledge and awareness of the copyright and trademark and trade dress
18   rights of Plaintiff, and with the purpose and intent of confusing the relevant trade and public into
19   mistakenly believing that Defendant's services are associated with, affiliated with, or licensed by
20   Plaintiff.

21       28.    Plaintiff has suffered, is suffering, and will continue to suffer, irreparable damage
22   to its reputation, potential goodwill and monies spent towards development and the goodwill
23   accumulated through their respective trade dress, copyright and trademarks unless Defendant is
24   restrained by this Court.

25       29.    Plaintiff has no adequate remedy at law.

26

27

28

- 5 -
COMPLAINT

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

**FIRST CLAIM FOR RELIEF**
(Trademark and Trade Dress Infringement)

2

3    30.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through

4    29 as though fully set forth herein.

5    31.    Defendant's aforesaid activities constitute trademark and trade dress infringement

6    under the Lanham Act, including Section 43(a), of Plaintiff's Trademark rights.

7    32.    Defendant's acts complained herein are likely to cause confusion, mistake, and

8    deception of the relevant trade and public who are likely to believe that the services provided by

9    Defendant are related to, connected to, or approved by Plaintiff when in fact they are not.

10

**SECOND CLAIM FOR RELIEF**
(False Designation of Origin)

11

12    33.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 through

13    32 as though fully set forth herein.

14    34.    Defendant's aforesaid activities constitute false designation of origin in violation

15    of Section 43(a) of the Lanham Act, 15 U.S.C § 1125(a).

16    35.    Defendant's use of Plaintiff's trademarks is likely to cause confusion, mistake or

17    deception among the relevant trade and public as to the existence of an affiliation, connection, or

18    association between Defendant and Plaintiff as to the origin, sponsorship or approval of the

19    services provided by Defendant.

20

**THIRD CLAIM FOR RELIEF**
(Common Law Trademark Infringement and Unfair Competition)

21

22    36.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 though

23    35 as though fully set forth herein.

24    37.    Defendant's aforesaid activities constitute infringement of Plaintiff's trademarks

25    and constitute trademark infringement and unfair competition under the common law of the State

26    of California.

27    38.    Defendant's use of Plaintiff's trademarks is likely to cause confusion, mistake or

28    deception among the relevant trade and public as to the existence of an affiliation, connection, or

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1   association between Defendant and Plaintiff as to the origin, sponsorship or approval of the

2   services provided by Defendant.

3                           **FOURTH CLAIM FOR RELIEF**
                             (Copyright Infringement)

4

5       39.    Plaintiff repeats each and every allegation set forth herein in paragraphs 1 though

6   38 as though fully set forth herein.

7       40.    Defendant's aforesaid activities constitute copyright infringement under the

8   Copyright Act, in direct violation of § 106 and § 501 of the Copyright Act.

9       41.    Defendant's acts complained herein are in direct violation of Plaintiff's exclusive

10  right to reproduce, distribute and display the copyrighted works.

11      WHEREFORE, Plaintiff prays that:

12      A.     Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all

13  others in active concert or participation with Defendant, be enjoined and restrained, during the

14  pendency of this action as preliminary injunction and permanently thereafter from:

15          1.    Using, copying, distributing or otherwise exploiting Plaintiff's copyrights

16  and copyrighted works;

17          2.    Using, disclosing, converting, appropriating, retaining, selling, transferring

18  or copying any property of Plaintiffs;

19          3.    Using any of the marks attached hereto as Exhibits A-C or any colorable

20  imitation of any of the marks attached hereto as Exhibits A-C, in connection with the

21  distribution of images and content at Defendant's website;

22          4.    Doing any other act or thing likely to, or calculated to, induce the belief

23  that Defendant or Defendant's business is in any way affiliated, connected or associated

24  with Plaintiff, or Plaintiff's business;

25          5.    Unfairly competing with Plaintiff in any manner.

26      B.     Within ten (10) days after the entry of an order for either preliminary or permanent

27  injunction, Defendant be required to turn over any files bearing any of the trademarks in Exhibits

28  A-C;

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 7 -
COMPLAINT

1      C.     Defendant, its agents, servants, employees, franchisees, licensees, attorneys and all

2  others in active concert or participation with Defendant be required to deliver up for destruction

3  all DVDs, DVD covers, DVDs, labels, letterhead, business cards, signs, prints, packages,

4  wrappers, receptacles, advertisements and the like in their possession bearing the name or mark of

5  any of the trademarks in Exhibits A-C or any other reproduction, counterfeit, copy or colorable

6  imitation of the trademarks listed in Exhibits A-C.

7      D.     Plaintiff recover the Defendant's profits, as well as the damages sustained by

8  Plaintiff due to Defendant's infringement of Plaintiff's trademark rights, such amount of profits

9  and damages to be trebled.

10      E.     Defendant be required in accordance with 15 U.S.C § 1116 to file with the Court

11  and serve upon Plaintiff a report in writing under oath setting forth in detail the manner and form

12  in which Defendant has complied with the terms of the injunction.

13      F.     Awarding Plaintiff such damages, including compensatory and punitive damages,

14  as are appropriate in view of the conduct, including the willful conduct, on the part of Defendant.

15      G.     Defendant be required to pay Plaintiff the costs of this action, together with

16  reasonable attorney's fees and disbursements.

17      H.     Plaintiff be awarded statutory damages, pursuant to the Copyright Act and Lanham

18  Act.

19      I.     Plaintiff be awarded enhanced statutory damages, pursuant to 15 U.S.C.

20  §1117(c)(2) of the Lanham Act, for Defendant's willful use of counterfeit marks.

21      J.     Plaintiff be awarded enhanced statutory damages, pursuant to 17 U.S.C.

22  §504(c)(2) of the Copyright Act, for Defendant's willful infringement of Plaintiff's copyrighted

23  works.

24      K.     Plaintiff to have such other and further relief as this Court deems just and

25  equitable.

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

## DEMAND FOR JURY TRIAL

2     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a

3 trial by jury of all issues properly triable by jury in this action.

4

5   DATED:    November 12, 2009       Respectfully submitted,

6                        SHARTSIS FRIESE LLP

7

8                        By:
                              KAJSA M. MINOR

9

10                        Attorneys for Plaintiff
                       PITBULL PRODUCTIONS, INC.

11

12   7997\001\1615515.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Exhibit A

EXHIBIT A

| | |
|---|---|
| All Around Playaz | pa 1-387-497 |
| Black Holes | pa 1-333-944 |
| Dillon the One | pa 1-375-450 |
| Give a Thug a Bone | pa 1-624-117 |
| Holla Back Boi | pa 1-611-841 |
| Hot And Creamy | pa 1-383-958 |
| Love of the Dick - Classified #4 | pa 1-374-151 |
| Love of the Dick - Leave 'em Open #1 | pa 1-375-451 |
| Love of the Dick - Making It Last #6 | PA 1-391-223 |
| Love of the Dick - Poke Ya Azz Up! #5 | PA1-390-466 |
| Love of the Dick - Unleaded #3 | pa 1-379-732 |
| Meat Wackers #1 | pa 1-375-453 |
| Meat Wackers #2 | pa 1-375-462 |
| Meat Wackers #3 | pa 1-375-464 |
| Meat Wackers #4 | pa 1-373-805 |
| Meat Wackers #5 | pa 1-333-945 |
| Packin' Papi | pa 1-367-610 |
| Pain In Da Azz | pa 1-375-465 |
| Ripped N Ready | pa 1-375-466 |
| Straight Meat | pa 1-333-943 |
| Straight Shooter | pa 1-385-347 |
| T. Malone Big Booty Gangbang | pa 1-392-119 |
| Take 'em Down | pa 1-366-908 |
| Take It Like A Man #1 | pa 1-602-655 |
| Take It Like A Man #2 | pa 1-637-264 |
| The Way You Like It | pa 1-392-694 |
| Thugzilla's Bitch Hunt | pa 1-375-452 |
| Tiger Tyson - Secrets | pa 1-372-443 |
| Tiger Tyson Strikes Back | pa 1-375-448 |
| Tiger's Eiffel Tower - Paris Is Mine | pa 1-385-313 |
| Collection of images | TX 5-892-870 |
| Collection of catalog, … | TX 6-628-485 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-387-497**

**EFFECTIVE DATE OF REGISTRATION**

4    16    07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**

ALL AROUND PLAYAZ

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

---

**2**   **a**   **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ___
☐ Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ___
☐ Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ___
☐ Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month February   Day 1   Year 2004
USA   Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 16 2007

**ONE DEPOSIT RECEIVED**
APR 16 2007 DVD D

**TWO DEPOSITS RECEIVED**
7-27-07

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

**FORM PA**

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue - 6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE                    Date 4/5/07

Handwritten signature (X) ▼
X

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full Rev: 06/2002 Print: 06/2002—xx,000 Printed on recycled paper          U.S. Government Printing Office: 2000-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-333-944**

**EFFECTIVE DATE OF REGISTRATION**

Month **4** Day **16** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1
**TITLE OF THIS WORK ▼**

BLACK HOLES

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2
**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS INC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
**2004** Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month **January** Day **7** Year **2005**
**USA** Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Pitbull Productions Inc 200 East 116th Street Suite 2N New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
APR 16 2007
**ONE DEPOSIT RECEIVED**
APR 16 2007   6/1/07
**TWO DEPOSITS RECEIVED**
DVD/D
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ____ pages

EXAMINED BY _NLb_          **FORM PA**

CHECKED BY

☑ CORRESPONDENCE          **FOR COPYRIGHT OFFICE USE ONLY**
Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Jennifer Meredith   Meredith & Keyhani PLLC
330 Madison Avenue 6th Floor
New York New York 10017

**b**

Area code and daytime telephone number     ( 646 ) 546-5253          Fax number ( 212 ) 202 3819

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS INC**
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE          Date  4/5/ 07

Handwritten signature (X) ▼

X _Andre Mason_

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Jennifer Meredith  Meredith & Keyhani PLLC |
| | Number/Street/Apt ▼ 330 Madison Avenue 6th Floor |
| | City/State/Zip ▼ New York New York 10017 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA     P 1  Rev 07/2008    Print 07/2008 — xx,000    Printed on recycled paper          U.S. Government Printing Office 2008-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-375-450**

PA / PAU

EFFECTIVE DATE OF REGISTRATION

Apri 13, 2007

Month         Day         Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

DILLON THE ONE!

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

---

**2**

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE (ADULT)

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month July Day 1 Year 2006
USA Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007

ONE DEPOSIT RECEIVED

APR 13 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                  Account Number ▼

**b** CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819
Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**ANDRE MAISONETTE**                                      Date  4/5/07

Handwritten signature (X) ▼
☞   X

**9** Certificate will be mailed in window envelope to this address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev. 6/2003   Print 6/2003—xx,000   Printed on recycled paper                                      U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-624-117

**Effective date of
registration:**

February 21, 2008

## Title

**Title of Work:** Give a Thug a bone

**Nature of Work:** ENTIRE MOTION PICTURE (ADULT)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 7, 2008   **Nation of 1st Publication:** United States

## Author

■   **Author:** Pitbull Productions, Inc.

**Author Created:** ENTIRE MOTION PICTURE (ADULT)

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No   **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Pitbull Productions, Inc.

200 East 116th Street, Suite 2N, New York, NY 10029

## Certification

**Name:** ANDRE MAISONETTE

**IPN#:**

**Registration #:** PA0001624117

**Service Request #:** 1-53933856

Meredith & Keyhani, PLLC
Jennifer Meredith
330 Madison Avenue - 6th Floor
New York, NY 10017

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-611-841

**Effective date of
registration:**

September 11, 2007

## Title

**Title of Work:** Holla Back Boi

**Nature of Work:** ENTIRE MOTION PICTURE (ADULT)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 30, 2007        **Nation of 1st Publication:** United States

## Author

■        **Author:** PITBULL PRODUCTIONS, INC.

**Author Created:** ENTIRE MOTION PICTURE (ADULT)

**Work made for hire:** Yes

**Domiciled in:** United States

**Anonymous:** No                          **Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Pitbull Productions, Inc.

200 East 116th Street, Suite 2N, New York, NY 10029

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** ANDRE MAISONETTS

**Date:** August 13, 2007

Page 1 of 1

**IPN#:**

**Registration #:**   PA0001611841

**Service Request #:**   1-13300765

Meredith & Keyhani, PLLC
Jennifer Meredith
330 Madison Avenue-6th Floor
New York, NY 10017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—383—968**

Month ___ Day ___ Year ___

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

HOT & CREAMY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

ENTIRE MOTION PICTURE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March    Day 1    Year 2005
USA ◄ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007    7-17-07
TWO DEPOSITS RECEIVED
DVDLD
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **PB/NLC**

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

a

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Kayhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number  ( 646 ) 546-5253        Fax number  ( 212 ) 202-3819
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE                                    Date  4/5/07

Handwritten signature (X) ▼
x

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennifer Meredith- Meredith & Kayhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev 07/2006  Print 07/2006—xx,000  Printed on recycled paper                    U.S. Government Printing Office: 2005-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGIS   **PA 1-374-151**



EFFECTIVE DATE OF REGISTRATION

MAR 13 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

LOVE OF THE DICK VOL. IV CLASSIFIED

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** NAME OF AUTHOR ▼

PITBULL PRODUCTIONS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.

2006 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.

Month August    Day 5    Year 2006    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 13 2007
ONE DEPOSIT RECEIVED
MAR 13 2007    5-7-07
TWO DEPOSITS RECEIVED
DVD
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes" give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip▼

Jennifer Meredith- Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, NY 10017

**b**

**7**

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819

Email   jmeredith@meredithkeyhani.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Andre Maisonette          Date   3/11/07

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Jennifer Meredith- Meredith & Keyhani, PLLC | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 330 Madison Avenue- 6th Floor | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ New York, NY 10017 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev 07/2006   Print 07/2006—xx,000   Printed on recycled paper          U.S. Government Printing Office 2006-xxx-xxx/xxxxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG   **PA 1-375-451**

EFFECTIVE DATE OF REGISTRATION

April 13, 2007

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

LOVE OF THE DICK VOL. 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005   Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January   Day 1   Year 2006   USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED   APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007   **VOID**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _JBC_    FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No · If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
**a**
**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number    ( 646 ) 546-5253    Fax number ( 212 ) 202-3819

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of PITBULL PRODUCTIONS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE    Date 4/5/07

Handwritten signature (X) ▼

X _Andre Maisonette_

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC

Number/Street/Apt ▼
330 Madison Avenue- 6th Floor

City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Page PA—Part ·  Rev: 07/2003 · Print: 07/2003 —   xx,000   Printed on recycled paper    U.S. Government Printing Office 2005-xxx-xxx/00,xxx



Help    Search    History    Titles    Start Over

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pitbull productions

Search Results: Displaying 23 of 57 entries





*Love of the dick :*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001391223 / 2007-04-16

**Title:** Love of the dick : vol. 6.

**Notes:** Videodisc (DVD)

**Copyright Claimant:** Pitbull Productions, Inc.

**Date of Creation:** 2006

**Date of Publication:** 2006-12-18

**Authorship on Application:** motion picture: Pitbull Productions, Inc.

**Copyright Note:** Cataloged from appl. only.

**Names:** Pitbull Productions, Inc.

| Save, Print and Email (Help Page) | |
| --- | --- |
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull production
Search Results: Displaying 22 of 57 entries



**Labeled View**

*Love of the dick :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001390466 / 2007-04-16
**Title:** Love of the dick : vol. 5.
**Notes:** Videodisc (DVD)
**Copyright Claimant:** Pitbull Productions, Inc.
**Date of Creation:** 2006
**Date of Publication:** 2006-12-15
**Authorship on Application:** motion picture: Pitbull Productions, Inc.
**Copyright Note:** C.O. correspondence.
Cataloged from appl. only.
**Names:** Pitbull Productions, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record     Format for Print/Save | |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright

United States Copyright Office

Help    Search    History    Titles    Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull production
Search Results: Displaying 20 of 57 entries



Labeled View

*Love of the dick :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001379732 / 2007-04-13
**Title:** Love of the dick : vol. 3, unleaded.
**Description:** Videodisc (DVD)
**Notes:** Adult motion picture.
**Copyright Claimant:** Pitbull Productions, Inc.
**Date of Creation:** 2006
**Date of Publication:** 2006-06-09
**Copyright Note:** Cataloged from appl. only.
**Names:** Pitbull Productions, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1-375-453**

**EFFECTIVE DATE OF REGISTRATION**

April 12, 2007

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MEATWACKERS VOLUME 1

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☑ No
Pseudonymous?    ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2003

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March    Day 7    Year 2004
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

See Instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 12 2007
**ONE DEPOSIT RECEIVED**
APR 12 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY DBC

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FORM PA**

**FOR**
**COPYRIGHT**
**OFFICE**
**USE**
**ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number  ( 646 ) 546-5253          Fax number  ( 212 ) 202-3819

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE                          Date  4/5/07

Handwritten signature (X) ▼

X _Andre Maison_____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC

Number/Street/Apt ▼
330 Madison Avenue- 6th Floor

City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev 9/2005  Print 9/2005—xx,000  Printed on recycled paper                    U.S. Government Printing Office 2005-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1—375—462

| PA | | PAU |

EFFECTIVE DATE OF REGISTRATION

Apri 13, 2007

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

MEATWACKERS VOLUME 2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

**2**

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month March   Day 17   Year 2004
USA   Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007 DVD D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY DBC | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼     **a**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     **b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼     **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼     **b**
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253     Fax number ( 212 ) 202-3819
Email

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**ANDRE MAISONETTE**     Date 4/5/07

Handwritten signature (X) ▼
X _Andre Maisonette_

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full     Rev: 07/2006  Print: 07/2006—xx,000  Printed on recycled paper     U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-375-464**

**EFFECTIVE DATE OF REGISTRATION**

Apri 12, 2007

Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MEATWACKERS VOLUME 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January Day 7 Year 2005
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** APR 12 2007
**ONE DEPOSIT RECEIVED** APR 12 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _DbC_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**5**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

b

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819
Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of PITBULL PRODUCTIONS, INC.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE                                          Date   4/5/07

Handwritten signature (X) ▼
☞          X _Andre Maison_

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev: 6/2000   Print: 6/2000—xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2000-xxx-xxx/xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG **PA 1-373-805**

EFFECTIVE DATE OF REGISTRATION

4 - 16 - 07
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

MEATWACKERS VOLUME 4

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

## 2
**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer is either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer is either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month August Day 23 Year 2005
ONLY if this work has been published.
USA Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 16 2007

ONE DEPOSIT RECEIVED
APR 16 2007 06a1a

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ~~[initials]~~ | FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253 Fax number ( 212 ) 202-3819

Email

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of PITBULL PRODUCTIONS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE Date 4/5/07

Handwritten signature (X) ▼
x Andre Maisonette

**9** Certificate will be mailed in window envelope to this address:

Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full Rev: 07/2006 Print: 07/2006—xx,000 Printed on recycled paper U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—333—945**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 13   Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

MEATWACKERS VOLUME 5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October   Day 27   Year 2005
USA   Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼**

Pitbull Productions Inc  200 East 116th Street, Suite 2N  New York, New York 10029

**TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼**

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007   6/1/07
TWO DEPOSITS RECEIVED
DVD/D
FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | NLt | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**          **Account Number ▼**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Jennifer Meredith - Meredith & Keyhani  PLLC
330 Madison Avenue  6th Floor
New York  New York 10017

Area code and daytime telephone number  ( 646 ) 546 5253          Fax number  ( 212 ) 202 3819

Email

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  PITBULL PRODUCTIONS  INC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

ANDRE MAISONETTE          Date    4/5/07

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | **Name ▼** Jennifer Meredith  Meredith & Keyhani  PLLC | |
| | **Number/Street/Apt ▼** 330 Madison Avenue  6th Floor | |
| | **City/State/Zip ▼** New York, New York 10017 | |

**9**

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form PA   F 5   Rev 6/2002   Print 6/2002—   000   Printed on  recycled paper          U S Government Printing Office 2000-xxx-xxx/20  xx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGI** PA 1-357-610

**EFFECTIVE DATE OF REGISTRATION**

| 3 | 13 | 07 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PACKIN' PAPI

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006
Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month December   Day 5   Year 2006
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 1 3 2007
**ONE DEPOSIT RECEIVED**
MAR 1 3 2007
**TWO DEPOSITS RECEIVED**
DVD/D
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith- Meredith & Kayhani, PLLC
330 Madison Avenue- 6th Floor
New York, NY 10017

**b**

**7**

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819
Email jmeredith@meredithkayhani.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andre Maisonette                                    Date  3/1/07

Handwritten signature (X) ▼
X

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennifer Meredith- Meredith & Kayhani, PLLC

Number/Street ▼
330 Madison Avenue- 6th Floor

City/State/Zip ▼
New York, NY 10017

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-375-465**

**EFFECTIVE DATE OF REGISTRATION**

April 13, 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PAIN IN DA AZZ

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January Day 26 Year 2007
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 13 2007
ONE DEPOSIT RECEIVED
APR 13 2007 DVD
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼          Year of Registration ▼

**6**
**a**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

**b**
Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**
**a**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**b**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253          Fax number ( 212 ) 202-3819
Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of PITBULL PRODUCTIONS, INC.
*Name of author or other copyright claimant, or owner of exclusive right(s) ▲*
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE          Date 4/5/07

Handwritten signature (X) ▼
X :

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full          Rev: 07/2006          Print: 07/2006—xx,xxx          Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG

**PA 1—375—466**

EFFECTIVE DATE OF REGISTRATION

*April 12, 2007*

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

RIPPED N READY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month December    Day 12    Year 2006
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 12 2007
ONE DEPOSIT RECEIVED
APR 12 2007 DVD ID
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____  FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _____  **Account Number** ▼ _____

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number ( 646 ) 546-5253   Fax number ( 212 ) 202-3819

Email

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANDRE MAISONETTE   Date 4/5/07

Handwritten signature (X) ▼

**8**

**9**

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennifer Meredith- Meredith & Keyhani, PLLC

**Number/Street/Apt** ▼
330 Madison Avenue- 6th Floor

**City/State/Zip** ▼
New York, New York 10017

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper   U.S. Government Printing Office: 2006-xxx-xxx/xx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—333—943**

**EFFECTIVE DATE OF REGISTRATION**

Month **4** Day **13** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

STRAIGHT MEAT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a**

**NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS INC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
      Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
      Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
      Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
**2006** Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month **September** Day **16** Year **2006**
ONLY if this work has been published USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions Inc 200 East 116th Street, Suite 2N New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
APR 13 2007
**ONE DEPOSIT RECEIVED**
APR 13 2007    6/1/07
**TWO DEPOSITS RECEIVED**
DVD/D
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of **2** pages

EXAMINED BY _NL_     FORM PA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip▼

Jennifer Meredith  Meredith & Keyhani  PLLC
330 Madison Avenue  6th Floor
New York, New York 10017

**b**

Area code and daytime telephone number  ( 646 ) 546-5253        Fax number ( 212 ) 202 3819

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  PITBULL PRODUCTIONS  INC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

ANDRE MAISONETTE        Date _4/5/07_

Handwritten signature (X) ▼

X _[signature]_

Certificate will be mailed in window envelope to this address

Name ▼
Jennifer Meredith  Meredith & Keyhani  PLLC

Number/Street/Apt ▼
330 Madison Avenue- 6th Floor

City/State/Zip ▼
New York, New York 10017

**9**

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA   Full   Rev  9/2002   Print 9/2002 — xx,000   Printed on recycled paper        U.S. Government Printing Office 2000  xx xxx/20 xx



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull productions
Search Results: Displaying 43 of 57 entries



**Labeled View**

### *Straight shooter.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001385347 / 2007-07-11
**Title:** Straight shooter.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Pitbull Productions, Inc.
**Date of Creation:** 2006
**Date of Publication:** 2007-03-26
**Copyright Note:** Cataloged from appl. only.
**Names:** Pitbull Productions, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-392-119**

**EFFECTIVE DATE OF REGISTRATION**

| 4 | 16 | 2007 |
|---|----|------|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BIG BOOTY GANGBANG

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month December   Day 15   Year 2003
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** APR 16 2007
**ONE DEPOSIT RECEIVED**
APR 16 2007 DVD/D
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 2 pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | A | |
| CORRESPONDENCE<br>☑ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼      Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number  ( 646 ) 546-5253      Fax number ( 212 ) 202-3819
Email

**8**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**ANDRE MAISONETTE**      Date  4/5/07

Handwritten signature (X) ▼
x _Andre Maisonette_

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼<br>Jennifer Meredith- Meredith & Keyhani, PLLC |
|---|---|
| | Number/Street/Apt ▼<br>330 Madison Avenue- 6th Floor |
| | City/State/Zip ▼<br>New York, New York 10017 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA   Full   Rev: 07/2006   Print 07/2006 — xx,000   Printed on recycled paper      U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG. **PA 1-366-908**

**EFFECTIVE DATE OF REGISTRATION**

3 — 13 — 07
Month — Day — Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TAKE 'EM DOWN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a**

**NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in USA ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2005    Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month January    Day 4    Year 2006
USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 1 3 2007
ONE DEPOSIT RECEIVED

MAR 1 3 2007
TWO DEPOSITS RECEIVED
DVD 1 D

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
**a**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, NY 10017

**b**

Area code and daytime telephone number ( 646 ) 546-5253        Fax number ( 212 ) 202-3819
Email jmeredith@meredithkeyhani.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andre Maisonette                                    Date 3/1/07
Handwritten signature (X) ▼
☞ X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, NY 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 06/2002 Print: 06/2002—xx,xxx  Printed on recycled paper                    U.S. Government Printing Office: 2000-xxx-xxx/xx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-602-655

**Effective date of registration:**

September 10, 2007

## Title

| | |
|---|---|
| **Title of Work:** | Take it Like A Man |
| **Nature of Work:** | ENTIRE MOTION PICTURE (ADULT) |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | July 30, 2007 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| **Author:** | Pitbull Productions, Inc. |
| **Author Created:** | ENTIRE MOTION PICTURE (ADULT) |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |

**Pseudonymous:** Yes

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Pitbull Productions, Inc. |
| | 200 East 116th Street, Suite 2N, New York, NY 10029 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | ANDRE MAISONETTE |
| **Date:** | August 13, 2007 |

**IPN#:**

**Registration #:** PA0001602655

**Service Request #:** 1-17736748

Meredith & Keyhani, PLLC
Jennifer Meredith
330 Madison Avenue, 6th Floor
New York, NY 10017



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull productions
Search Results: Displaying 46 of 57 entries



### TAKE IT LIKE A MAN VOLUME 2 : CASTING COUCH.

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001637264 / 2008-07-28

**Application Title:** TAKE IT LIKE A MAN VOLUME 2: CASTING COUCH.

**Title:** TAKE IT LIKE A MAN VOLUME 2 : CASTING COUCH.

**Description:** Videodisc (DVD)

**Copyright Claimant:** Pitbull Productions, Inc. Address: 200 East II 6th Street, Suite 2N, New York, NY 10029.

**Date of Creation:** 2008

**Date of Publication:** 2008-05-15

**Nation of First Publication:** United States

**Authorship on Application:** Pitbull Productions, Inc. (author of pseudonymous work), employer for hire; Domicile: United States. Authorship: ENTIRE MOTION PICTURE (ADULT)

**Copyright Note:** C.O. correspondence.

**Names:** Pitbull Productions, Inc.



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pitbull production

Search Results: Displaying 53 of 57 entries





*Tiger Tyson--The way you like it.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001392694 / 2007-07-17

**Title:** Tiger Tyson--The way you like it.

**Notes:** Videodisc (DVD)

**Copyright Claimant:** Pitbull Productions, Inc.

**Date of Creation:** 2003

**Date of Publication:** 2004-01-16

**Authorship on Application:** motion picture: Pitbull Productions, Inc.

**Copyright Note:** C.O. correspondence.

Cataloged from appl. only.

**Other Title:** The way you like it

**Names:** Pitbull Productions, Inc.

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format Full Record | Format for Print/Save | |
| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES ****

**PA 1-375-452**

* MAU

EFFECTIVE DATE OF REGISTRATION

April 13, 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THUGZILLA'S BITCH HUNT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October Day 16 Year 2006
USA Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 13 2007
**ONE DEPOSIT RECEIVED**
APR 13 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

b

Area code and daytime telephone number ( 646 ) 546-5253     Fax number ( 212 ) 202-3819
Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of FITBULL PRODUCTIONS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE     Date 4/5/07

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 6/2002  Print: 6/2002—xx,000  Printed on recycled paper     U.S. Government Printing Office, 2000-xxx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGR **PA 1-375-443**

EFFECTIVE DATE OF REGISTRATION
April 13, 2007
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TIGER TYSON- SECRETS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases.
2005 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month January Day 13 Year 2006
ONLY if this work has been published.
USA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, New York 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 3 2007
ONE DEPOSIT RECEIVED
APR 1 3 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼   Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue- 6th Floor
New York, New York 10017

Area code and daytime telephone number  ( 646 ) 546-5253   Fax number ( 212 ) 202-3819
Email

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **PITBULL PRODUCTIONS, INC.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MAISONETTE   Date 4/5/07

Handwritten signature (X) ▼
X _Andre Maisonette_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Jennifer Meredith- Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, New York 10017

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form PA—Full   Rev: 6/2003   Print: 6/2003 — xx,000   Printed on recycled paper   U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx



## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pitbull productions

Search Results: Displaying 52 of 57 entries



**Labeled View**

*Tiger Tyson strikes back.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001375448 / 2007-04-13

**Title:** Tiger Tyson strikes back.

**Description:** Videodisc (DVD)

**Copyright Claimant:** Pitbull Productions, Inc. (employer for hire)

**Date of Creation:** 2004

**Date of Publication:** 2005-03-22

**Copyright Note:** Cataloged from appl. only.

**Names:** Pitbull Productions, Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGIS** PA 1-385-313

EFFECTIVE DATE OF REGISTRATION

Month ⁊ Day 1⁊ Year 0⁊

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TIGER'S EIFFEL TOWER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

ENTIRE MOTION PICTURE (ADULT)

## 2

**a** **NAME OF AUTHOR ▼**

PITBULL PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☑ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE (ADULT)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006   Year   Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2007
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pitbull Productions, Inc., 200 East 116th Street, Suite 2N, New York, NY 10029

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 1 7 2007
ONE DEPOSIT RECEIVED
JUL 1 7 2007
TWO DEPOSITS RECEIVED
2 DVD ID
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Jennifer Meredith - Meredith & Keyhani, PLLC
330 Madison Avenue - 6th Floor
New York, NY 10017

Area code and daytime telephone number ( 646 ) 546-5253        Fax number ( 212 ) 202-3819
Email

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of JPilsoli Productions, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANDRE MABONETTE        Date 6/12/07

Handwritten signature (X) ▼
X

**8**

Certificate
will be
mailed in
window
envelope
to this
address.

Name ▼
Jennifer Meredith - Meredith & Keyhani, PLLC
Number/Street/Apt ▼
330 Madison Avenue- 6th Floor
City/State/Zip ▼
New York, NY 10017

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full Rev: 04/2003 Print: 04/2003—xx,xxx Printed on recycled paper        U.S. Government Printing Office: 2000-xxx-xxx/xx,xxx



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull production
Search Results: Displaying 36 of 57 entries





### *Pitbull Productions : collection of images.*

**Type of Work:** Visual Material
**Registration Number / Date:** TX0005892870 / 2004-03-01
    **Application Title:** Pitbull Productions: collection of images.
    **Title:** Pitbull Productions : collection of images.
    **Description:** CD-ROM + Web site.
  **Copyright Claimant:** Pitbull Productions, Inc.
   **Date of Creation:** 2003
  **Date of Publication:** 2003-12-16

    **Other Title:** Pitbull Productions: collection of images
    **Names:** Pitbull Productions, Inc.

| Save, Print and Email (Help Page) | |
| --- | --- |
| Select Download Format Full Record    Format for Print/Save | |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pitbull production
Search Results: Displaying 11 of 57 entries





### *Collection of catalog, advertising copy and images.*

**Type of Work:** Text
**Registration Number / Date:** TX0006628485 / 2007-07-17
**Title:** Collection of catalog, advertising copy and images.
**Copyright Claimant:** Pitbull Productions, Inc.
**Date of Creation:** 2007
**Date of Publication:** 2007-02-12
**Copyright Note:** C.O. correspondence.
     Cataloged from appl. only.
**Names:** Pitbull Productions, Inc.

| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format   Full Record |     Format for Print/Save | |
| Enter your email address: | | Email |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page