Exhibit B

**EXHIBIT B**

Who's Yo Daddy?
Assault With A Blatino Weapon

Exhibit C

EXHIBIT C

|  | Registration Number |
|---|---|
| HOT & CREAMY | 3192256 |
| Thug Porn | 3129121 |
| thugporn.com | 2938064 |
| thugporn.com | 2934966 |
| tp thugporn | 2975836 |
| Thugmart | 3594285 |

Exhibit D





Exhibit E

EXHIBIT E

**Black Holes - VOD**
**Straight Meat - VOD**
**Take It Like a Man #1: Azz on Fire - VOD**
**Meat Wackers #4 - VOD**
**The Way You Like It - VOD**
**Meat Wackers #5 - VOD**
**Meat Wackers #2- VOD**
**Meat Wackers #1 - VOD**
**Hot and Creamy - VOD**
**Meat Wackers #3 - VOD**
**Tiger Tyson Strikes Back - VOD**
**Take 'Em Down - VOD**
**All Around Playaz - VOD**
**Tiger Tyson's Secrets - VOD**
**T. Malone: Big Booty Gangbang - VOD**
**Love of the Dick #1: Leave 'Em Open - VOD**
**Dillon the One - VOD**
**Love of the Dick #3: Unleaded - VOD**
**Love of the Dick #4 :Classified - VOD**
**Ripped N' Ready- VOD**
**Packin' Papi - VOD**
**Thugzilla's Bitch Hunt - VOD**
**Tiger Tyson's Eiffel Tower: Paris is Mine - VOD**
**Love of the Dick: Vol. 6: Making it Last #6 - VOD**
**Holla Back Boi - VOD**