UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PITBULL PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GAMELINK, LLC.,<br><br>Defendant. | Case No.: 09-cv-05354-HRL<br><br>**STIPULATION RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br>**[PROPOSED ORDER]**<br><br>Hon. JEREMY FOGEL<br><br>Date: TBD<br>Time: TBD<br>Dept: TBD |

Defendant GameLink, L.L.C. hereby Stipulates with Plaintiff Pitbull Productions, Inc. ("Plaintiff' or "Pitbull") and the entry of the Court's Order as follows:

1. Defendant without making any admission of fault as to the things alleged in the Complaint will comply with the performances requested in the Application of Plaintiff for a TRO;

2. Defendant and its agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with Defendant, will agree that, during the pendency of this action it will refrain from:

    i. Using, copying, distributing or otherwise exploiting Plaintiffs copyrights and copyrighted works;

    ii. Using, disclosing, converting, appropriating, retaining, selling, transferring or copying any property of Plaintiffs;

| | |
|---|---|
| Case No.: **C 09-05354 HRL** | Stipulation re TRO and Order Removing from Calendar |

iii. Using any of the marks attached to the Complaint as Exhibits A-C, or any colorable imitation of any of the marks attached to the Complaint as Exhibits A-C, in connection with the distribution of images and content at Defendant's website;

iv. Doing any other act or thing likely to, or calculated to, induce the belief that Defendant or Defendant's business is in any way affiliated, connected or associated with Plaintiff, or Plaintiff's business; and

v. Unfairly competing with Plaintiff in any manner.

IT IS ALSO SO ORDERED that the temporary restraining order and Order to Show Cause re Preliminary Injunction filed by Plaintiff be hereby removed from this Court's calendar.

Dated: November 18, 2009

*/s/ Philip R. Green*
Philip Green

LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
BEVERLY R. GREEN (SBN 92388)
1000 4th Street, Suite 595
San Rafael, CA 94901
Telephone: (415) 457-8300
Fax: (415) 457-8757
Email: phil@iplegal.com

Attorneys for Defendant
GAMELINK, LLC.

Dated: 11/18/09

*/s/ Kajsa M. Minor*
KAJSA M. MINOR

SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
rschaberg@sflaw.com

Case No.: **C 09-05354 HRL**              Stipulation re TRO and Order Removing from Calendar

KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

MEREDITH & KEYHANI, PLLC
DARIUSH KEYHANI
(*Pro Hac Vice Application Pending*)
dkeyhani@meredithkeyhani.com
330 Madison Avenue, 6th Floor
New York, NY 10017
Telephone: (212) 760-0098
Facsimile: (212) 202-3819

*Attorneys for Plaintiff*
PITBULL PRODUCTIONS, INC.

**SO ORDERED**:

Dated: 11/19/09

_____
JEREMY FOGEL, United States District Court Judge

Case No.: **C 09-05354 HRL**

Stipulation re TRO and Order Removing from Calendar

- 3 -

**PROOF OF SERVICE**

I, Kajsa M. Minor, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On November 18, 2009, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

STIPULATION RE: APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; [PROPOSED] ORDER

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

☐ by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

☐ by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

☐ by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement)

☒ by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below:

*Philip Green*
*Green & Green*
*Main Office: (415) 457-8300 X 11*
*1000 4th Street Suite 595*
*San Rafael, CA 94901*
*Email: phil@greenandgreen.com*

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

No. 09-cv-05354-HRL    STIPULATION RE TRO AND ORDER REMOVING FROM CALENDAR

7997\001\1616421.1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 18, 2009, in San Francisco, California.

/s/ *Kajsa M. Minor*
_____
Kajsa M. Minor