LAW OFFICES OF GREEN & GREEN
PHILIP GREEN (SBN 092389)
BEVERLY R. GREEN (SBN 92388)
1000 4th Street, Suite 595
San Rafael, CA 94901
Telephone: (415) 457-8300
Fax: (415) 457-8757
Email: phil@iplegal.com

Attorneys for Defendant
GAMELINK, LLC.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PITBULL PRODUCTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GAMELINK, LLC.,<br><br>Defendant. | Case No.: 09-cv-05354 JF [HRL]<br><br>**STIPULATION FOR EXTENSION OF TIME TO PLEAD** |

THE PARTIES HEREBY STIPULATE THAT: Whereas the Complaint in this action was Filed on November 12, 2009 and served on GameLink, L.L.C. agent for service on November 16, 2009, and the Answer or other responsive pleadings would be due on December 6, 2009 , there having been no prior requests for an extension, and

**Whereas** the parties desire to cooperate in allowing time to file responsive pleadings, to allow time for the parties to continue negotiations and discussions, stipulated that Defendant GameLink, L.L.C. may file its Responsive pleading or before December 11, 2009.

09-cv-05354 JF [HRL]

- 1 -

7997\001\1619507.1

Dated: February 3, 2008

By: _____

Philip R. Green, Attorney for: GameLink, L.L.C. Defendant


Dated: December 3, 2009       SHARTSIS FRIESE LLP

By _____
Kajsa M. Minor
Attorneys for Plaintiff Pitbull Productions, Inc.


ORDER

The stipulation of the parties to allow GameLink, L.L.C. Defendant to enter its response to the Complaint is hereby noted


Dated: 12/4 2009

_____
Judge Jeremy Fogel, UDSC

09-cv-05354 JF [HRL]

- 2 -

7997\001\1619507.1